AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Stor It, GP, a General Partnership, Individually
and on behalf of all others similarly situated,

**SUMMONS IN A CIVIL ACTION**

V.

Lehman Brothers Bank, FSB

CASE NUMBER:

07 CIV 8717

**TO:** (Name and address of Defendant)

Lehman Brothers Bank, FSB
745 7th Avenue
24th Floor
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    OCT 0 9 2007

CLERK                                                DATE

(By) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STOR IT, GP, a General Partnership, Individually
and on behalf of all others similarly situated,

  -v-

                  **AFFIDAVIT OF SERVICE**
                    07 CIV 8717
LEHMAN BROTHERS BANK, FSB

-------------------------------------------------------X
STATE OF NEW YORK )
          ) S.S.:
COUNTY OF ALBANY  )

    DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of

eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

    That on the 12TH day of October, 2007, at approximately the time of 10:30A.M., deponent

served a true copy of the SUMMONS AND CLASS ACTION COMPLAINT AND RULE 7.1

STATEMENT upon LEHMAN BROTHERS INC., c/o Prentice-Hall Corporation System, Inc., 80 State

Street, Albany, N.Y., in this action, by personally delivering and leaving the same with NIKKI

CHAPPLE , who informed deponent that she is an agent authorized by appointment to receive service at

that address.

    NIKKI CHAPPLE is a black female, approximately 37 years of age, stands approximately

5 feet 7 inches tall, weighs approximately 175 pounds with black hair and brown eyes.

DEBORAH LaPOINTE
Sworn to before me this
12TH day of October, 2007

_____
NOTARY PUBLIC

          FRANK J. PANUCCI
       Notary Public, State of N.Y.
        Qualified in Albany Co.
         Reg. No. 4721156
      Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com