UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Stor-It, GP, et al.

                  Plaintiff,

  -against-

Lehman Brothers Bank, FSB

                  Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

07 Civ. 8717 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on November 8, 2007 at 10:30 a.m. for a conference in the above action.

SO ORDERED

November 5, 2007

                                                    LORETTA A. PRESKA, U.S.D.J.