```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

STOR-IT, GP. et al.,                :     07 CV 8717 (LAP)

          Plaintiff,          :     ORDER

v.                                  :

LEHMAN BROTHERS BANK, FSB,          :

          Defendant.          :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      Defendant's time to respond to the complaint is extended sine die, pending further order of the Court.

SO ORDERED:

Dated: November 5, 2007

                                            *Loretta A. Preska*
                                       LORETTA A. PRESKA, U.S.D.J.