```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STOR IT, GP, a General Partnership,
Individually and on Behalf of all Others
Situated,

                 Plaintiff,

   v.

LEHMAN BROTHERS BANK, FSB,

                Defendant.
------------------------------------------------------------X

07 CV 8717 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

If and when Defendant contemplates a motion to dismiss under Rule 12(b)(6), it shall inform the Court by letter prior to drafting such motion.

SO ORDERED:

Dated: November 1, 2007

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.

STORIT16B