**SCHINDLER COHEN & HOCHMAN**

Steven R. Schindler
(212) 277-6310
SSchindler@SCHlaw.com

100 Wall Street
15th Floor
New York, N.Y. 10005
Tel (212) 277-6300
Fax (212) 277-6333

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/4/07]

November 29, 2007

**BY FAX**

Honorable Loretta A. Preska
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Stor It, GP, et al. v. Lehman Brothers Bank, FSB*, 07 Civ. 8717 (LAP)

Dear Judge Preska:

We represent Defendant Lehman Brothers Bank, FSB ("Lehman") in the above-referenced action. On November 8, counsel for the parties appeared before Your Honor for a conference. At that time, counsel for the parties informed Your Honor that they were willing to work towards a settlement and, accordingly, requested that the deadlines to answer, move, or otherwise respond to the outstanding complaints be adjourned. That adjournment was granted, and Your Honor asked that we report back in 3 weeks.

Currently the parties are still working towards a non-judicial resolution of their issues. In light of that, we propose that the adjournment be continued *sine die* until the parties reach either a settlement or an impasse. At that time, or at such other time as the Court wishes, we will inform the Court of our settlement status.

Thank you for your consideration.

Respectfully,

Steven R. Schindler

cc: Phillip Kim, Esq. (by fax)

[Handwritten note: Counsel shall inform the Court by letter no later than December 24, 2007 of the status of the action. So ordered. Loretta A. Preska USDJ December 3, 2007]

{00035286}