SCHINDLER COHEN & HOCHMAN LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

100 Wall Street
15th Floor
New York, NY 10005
Tel (212) 277-6300
Fax (212) 277-6333

December 26, 2007

**BY FAX**

Honorable Loretta A. Preska
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Stor It, GP, et al. v. Lehman Brothers Bank, FSB*, 07 Civ. 8717 (LAP)

Dear Judge Preska:

We represent Defendant Lehman Brothers Bank, FSB ("Lehman") in the above-referenced action. We wrote earlier today to inform the Court of the status of the action. Therein, we proposed that the parties report to the Court again on or before January 21, 2008. We have just been informed, however, that the in-house counsel at Lehman will be away for the first two weeks of January. So we now seek to amend our earlier letter by asking that the parties have until Thursday, January 31, 2008 to update the Court as to the status of this action.

I apologize for the confusion. Thank you again for your consideration.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 31, 2007

Respectfully,

Daniel E. Shaw

cc: Phillip Kim, Esq. (by fax)

{00035794}