Steven R. Schindler (SS-3511)
Daniel E. Shaw (DS-8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STOR IT, GP, a General Partnership, :
INDIVIDUALLY AND ON BEHALF OF ALL :
OTHERS SIMILARLY SITUATED, :    07 Civ. 8717 (LAP)
                                                                      :
                              Plaintiff,        :    **NOTICE OF APPEARANCE**
                                                                      :
    -against-                              :    (*Electronically Filed*)
                                                                      :
LEHMAN BROTHERS BANK, FSB, :
                                                                      :
                              Defendant.   :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned has been retained as Attorney(s) for defendant Lehman Brothers Bank, FSB ("Lehman"), in the above-captioned action and that Lehman requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       February 4, 2008

    SCHINDLER COHEN & HOCHMAN LLP

    By: ___/s/ Daniel E. Shaw_____
        Steven R. Schindler (SS-3511)
        Daniel E. Shaw (DS-8129)

    100 Wall Street, 15th Floor
    New York, New York 10005
    (212) 277-6300 (tel)
    (212) 277-6333 (fax)

    *Attorneys for Lehman Brothers Bank, FSB*

{00036465}