Steven R. Schindler (SS-3511)
Daniel E. Shaw (DS-8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STOR IT, GP, a General Partnership, :
INDIVIDUALLY AND ON BEHALF OF ALL :
OTHERS SIMILARLY SITUATED, :    07 Civ. 8717 (LAP)
    :
               Plaintiff, :    **NOTICE OF APPEARANCE**
    :
    -against- :    (*Electronically Filed*)
    :
LEHMAN BROTHERS BANK, FSB, :
    :
               Defendant. :
------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned has been retained as Attorney(s) for defendant Lehman Brothers Bank, FSB ("Lehman"), in the above-captioned action and that Lehman requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       February 4, 2008

                                SCHINDLER COHEN & HOCHMAN LLP

                                By:     /s/ Steven R. Schindler
                                        Steven R. Schindler (SS-3511)
                                        Daniel E. Shaw (DS-8129)

                                100 Wall Street, 15th Floor
                                New York, New York 10005
                                (212) 277-6300 (tel)
                                (212) 277-6333 (fax)

                                *Attorneys for Lehman Brothers Bank, FSB*

{00036466}