```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STOR-IT, GP,

               Plaintiff,

     -against-

LEHMAN BROTHERS BANK, FSB,

               Defendant.
------------------------------------------------------------X

No.: 07 Civ. 8717 (LAP)

### STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto that, pursuant to a Settlement Agreement executed by the parties and dated May 8, 2008, any and all claims against defendant Lehman Brothers Bank, FSB are hereby voluntarily dismissed with prejudice by plaintiff Stor-It, GP and without prejudice by the remainder of the putative class of plaintiffs. It is further stipulated and agreed that each party shall bear its own costs and expenses.

Dated: New York, New York
       May 9, 2008

SCHINDLER COHEN & HOCHMAN LLP     THE ROSEN LAW FIRM, P.A.

By: _____             By: _____
  Steven R. Schindler (SS 3511)                Phillip Kim (PK 9384)
  Daniel E. Shaw (DS 8129)

100 Wall Street, 15th Floor                   350 Fifth Avenue, Suite 5508
New York, NY 10005                         New York, NY 10118
(212) 277-6300                               (212) 686-1060
(212) 277-6333 (fax)                        (212) 202-3827 (fax)

*Attorneys for Defendant Lehman Brothers Bank, FSB*      *Attorneys for Plaintiff Stor-It, GP*

{00038404}

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

May 14, 2008